# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Michael Brigante**
Debtor(s)

Case No. **5:16-bk-01679**
Chapter **13**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on <u>September 1, 2016</u>, a copy of **First Amended Chapter 13 Plan and Notice of Amended Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL CREDITORS ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax: 570-842-8979

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                       Best Case Bankruptcy

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:16-bk-01679-JJT<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Sep 6 12:00:17 EDT 2016 | BAC Home Loan Serv LP<br>1800 Tapo Canyon<br>Simi Valley, CA 93063-6712 | Bank of America, N.A.<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 |
| Michael Brigante<br>149 American Way<br>East Stroudsburg, PA 18301-8206 | Brown And Joseph LTD<br>One Pierce Place, Suite 1225W<br>Itasca, IL 60143-1218 | Calvary Portfolio Svcs<br>500 Summit Lake Drive, Ste 4A<br>Valhalla, NY 10595-2323 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Credit Collection service<br>725 Canton street<br>Norwood, MA 02062-2679 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 |
| Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | HSBC Bank<br>household Credit Services<br>P.O. Box 98706<br>Las Vegas, NV 89193-8706 | Liberty Mutual Safeco Member<br>P.O. Box 10002<br>Manchester, NH 03108-1002 |
| Medical-Radiologic of Assoc. NJ<br>20 Franklin Turnpike<br>Waldwick, NJ 07463-1749 | Midland Funding LLC<br>2365 Northside Dr #300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | ONEMAIN FINANCIAL<br>605 MUNN RD<br>FT MILL, SC 29715-8421 | Pocono Medical Center<br>National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 |
| Progressive Insurance<br>% NCO Financial Systems<br>PO Box 15630<br>Wilmington, DE 19850-5630 | Remex, Inc.<br>307 Wall Street<br>Princeton, NJ 08540-1515 | U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Web Bank<br>215 S State St Ste 800<br>Salt Lake City, UT 84111-2339 | |

Exhibit "A"

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.