PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-1440.NF

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re                                               Bk. No. 5:16-bk-01679-JJT

Michael Brigante,                                   Chapter 13

    Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America, N.A., its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 12 American Way, E Stroudsburg, Pennsylvania 18301 (Loan No. XXXX1576), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: August 31, 2016         By /s/ Dean R. Prober
                                         DEAN R. PROBER, ESQ., CA BAR # 106207
                                         As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Daniel Maximo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 9/6/2016, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Michael Brigante
149 American Way
East Stroudsburg, PA 18301
Debtor

Timothy B. Fisher, II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424
Attorney for Debtor

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/6/2016, at Woodland Hills, California.

/s/ Daniel Maximo

2

Case 5:16-bk-01679-JJT   Doc 27   Filed 09/06/16   Entered 09/06/16 17:18:59   Desc
Main Document      Page 2 of 2