# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

September 19, 2016

To the Clerk of the U.S. Bankruptcy Court

**RE: *Brigante, Michael***
***Case No. 5:16-bk-01679***

Dear Sir:

Please note the following change of address for HSBC Bank:

Prior Address:   P.O. Box 98706
                 Las Vegas NV 89193-8706

New Address:     425 5th Ave.
                 New York, NY 10018

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____TB Fisher_____
    Timothy B. Fisher, II         G/L

TBFII/gyl

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7676 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8095 fax

☐ Cresco
1070 PA Rte 390, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax