# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Michael Brigante** | Case No. | **5:16-bk-01679** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 19, 2016**, a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

HSBC Bank
425 5th Avenue
New York NY 10018

**/s/ Timothy B. Fisher II**
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy