# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael Brigante
      Debtor(s)

BKY. NO. 16-01679 JJT

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1576

                        Respectfully submitted,

                        **/s/ Thomas Puleo**
                        Thomas Puleo, Esquire
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 825-6306  FAX (215) 825-6406
                        Attorney for Movant/Applicant