PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Authorized Agent for Secured Creditor
FHAC.241-1440

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## WILKES-BARRE DIVISION

| In Re: | Bk. No.: 5:16-bk-01679-JJT |
|---|---|
| Michael Brigante, | WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE |
| Debtor. | |

Secured Creditor Bank of America, N.A. withdraws the Notice of Mortgage Payment Change filed on November 29, 2016 with respect to Court Claim No. 6-1 and the property described as 12 American Way aka 149 American Way, East Stroudsburg, PA 18301, due to remediation.

Dated: June 22, 2017        By /s/ Dean R. Prober
                                    Dean R. Prober, CA SBN 106207
                                    Authorized Agent for Secured Creditor

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 06/22/2017, I served the within WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Michael Brigante
149 American Way
East Stroudsburg, PA 18301
Debtor

Timothy B. Fisher, II, Esquire
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424
Attorney for Debtor

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 06/22/2017 at Woodland Hills, California.

/s/ Marine Gaboyan

2