In re:  
Michael Brigante  
    Debtor

Case No. 16-01679-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 2     Date Rcvd: Oct 13, 2017  
                 Form ID: pdf010     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.

```
db         +Michael Brigante,   149 American Way,   East Stroudsburg, PA 18301-8206
cr         +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,
             20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
cr         +Bank of America, N.A., its assignees and/or succes,   c/o Prober & Raphael,
             20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
4779560    +BAC Home Loan Serv LP,   1800 Tapo Canyon,   Simi Valley, CA 93063-6712
4828580    +Bank of America, N.A.,   c/o Carrington Mortgage Services, LLC,   1600 South Douglass Road,
             Anaheim, CA 92806-5948
4830081    +Bank of America, N.A., its assignees,   and/or successors in interest,
             c/o Prober & Raphael, A Law Corp.,   20750 Ventura Blvd., Suite 100,
             Woodland Hills, CA 91364-6207
4779561    +Brown And Joseph LTD,   One Pierce Place , Suite 1225W,   Itasca, IL 60143-1218
4779563    +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
4779566    +HSBC Bank,   425 5th Ave,   New York, NY 10016-2223
4779567    +Liberty Mutual Safeco Member,   P.O. Box 10002,   Manchester, NH 03108-1002
4779568    +Medical-Radiologic of Assoc. NJ,   20 Franklin Turnpike,   Waldwick, NJ 07463-1749
4779571    +Pocono Medical Center,   National Recovery Agency,   2491 Paxton Street,
             Harrisburg, PA 17111-1036
4779573    +Remex, Inc.,   307 Wall Street,   Princeton, NJ 08540-1515
4782692    +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
             Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4779562    +E-mail/Text: bankruptcy@cavps.com Oct 13 2017 18:58:08      Calvary Portfolio Svcs,
             500 Summit Lake Drive, Ste 4A,   Valhalla, NY 10595-2323
4802369    +E-mail/Text: bankruptcy@cavps.com Oct 13 2017 18:58:08      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
4779564    +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 13 2017 18:58:14
             Credit Collection service,   725 Canton street,   Norwood, MA 02062-2679
4779565    +E-mail/PDF: creditonebknotifications@resurgent.com Oct 13 2017 19:05:49      Credit One Bank,
             P.O. Box 98873,   Las Vegas, NV 89193-8873
4826715    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 13 2017 18:58:01      Midland Funding LLC,
             PO Box 2011,   Warren, MI 48090-2011
4779569    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 13 2017 18:58:01      Midland Funding LLC,
             2365 Northside Dr #300,   San Diego, CA 92108-2709
4779570    +E-mail/Text: Bankruptcies@nragroup.com Oct 13 2017 18:58:17      National Recovery Agency,
             2491 Paxton Street,   Harrisburg, PA 17111-1036
4825699    +E-mail/PDF: cbp@onemainfinancial.com Oct 13 2017 18:59:13      ONEMAIN FINANCIAL,   605 MUNN RD,
             FT MILL, SC 29715-8421
4779572    +E-mail/Text: bankruptcydepartment@tsico.com Oct 13 2017 18:58:13      Progressive Insurance,
             % NCO Financial Systems,   PO Box 15630,   Wilmington, DE 19850-5630
4779574    +E-mail/Text: bnc-bluestem@quantum3group.com Oct 13 2017 18:58:11      Web Bank,
             215 S State St Ste 800,   Salt Lake City, UT 84111-2339
                                                                                             TOTAL: 10
```

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5          User: CGambini         Page 2 of 2          Date Rcvd: Oct 13, 2017
                              Form ID: pdf010        Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Jason Brett Schwartz     on behalf of Creditor    Bank of America, N.A. JSchwartz@mesterschwartz.com,
           JOttinger@mesterschwartz.com
          Joshua I Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Timothy B. Fisher, II    on behalf of Debtor 1 Michael   Brigante donna.kau@pocono-lawyers.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Michael Brigante | : | CASE NO. 5:16-bk-01679 JJT |
| Debtor | : | |

**ORDER GRANTING VOLUNTARY DISMISSAL**

AND NOW on the motion of Debtor, Michael Brigante, for an Order granting his request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is

ORDERED that the Chapter 13 case is hereby dismissed.

Dated: October 13, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)